IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 04-cv-02667-REB-BNB

GLENN A. WRIGHT,

    Applicant,

v.

FEDERAL BUREAU OF PRISONS, and
JOE E. NORWOOD, Warden,

    Respondents.

---

ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me on the **Recommendation Of United States Magistrate Judge** [#24], filed May 3, 2005.  The Magistrate Judge recommends that the **Petition for a Writ of Habeas Corpus** [#3], filed December 28, 2004, be denied. The applicant filed objections [#25] on May 12, 2005.  I overrule the objections and adopt the recommendation.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law.  I find applicant's objections to be legally erroneous and without merit.  Contrastingly, the recommendation is detailed and well-reasoned.  Therefore, I find and conclude that

the arguments advanced, the authorities cited, and the findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation Of United States Magistrate Judge** [#24], filed May 3, 2005, is **APPROVED AND ADOPTED** as an order of this court;

2. That accordingly, the **Petition for a Writ of Habeas Corpus** [#3], filed December 28, 2004, **IS DENIED**; and

3. That this action **IS DISMISSED** consistent with the recommendation of the Magistrate Judge.

Dated July 18, 2005, at Denver, Colorado.

                                 **BY THE COURT:**

                                 **s/ Robert E. Blackburn**
                                 **Robert E. Blackburn**
                                 **United States District Judge**